IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
KALISPELL DIVISION

| UNITED STATES OF AMERICA, | ORDER DISMISSING CITATIONS AND QUASHING WARRANTS |
|---|---|
| Plaintiff, | |
| vs. | VIOLATION NOS. AND LOCATION CODES: |
| AARON BOWMAN, | FBGB001Y, FBGB0020, FBGB001Z |
| DANA BAESE, | |
| DOMINGO PALAFOX, | F5362307 |
| ERICA LASALL, | 9393026 |
| GORDON BRAAE, | FAEC004F, FAEC004D |
| JAMES BORGMANN, | FAJI0030, FAJI0031 |
| JAZZE GILLES, | F5226903 |
| JOHN BOOTHMAN, | F4873153 |
| MICHAEL BEACH, | F5226904, FCDS000Y |
| MINDAUGAS AUSTINSKAS, | F5362306 |
| VANESSA LOVIN, | 9393028, 9393027 |
| ELIABETH MORRISON, | F5163793 |
| RUSSEL DANIELS, | FAJD004Q, FAJD004S, FAJD004P, FAJD004R |
| CHARLES CAMPBELL, | FAJD004M |
| Defendants. | |

Upon motion of the United States and for good cause shown, **IT IS ORDERED** that the above violations are **DISMISSED** pursuant to Fed. R. Crim. P. 48(a), and the warrants are **QUASHED**.

DATED this 28th day of March, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge

JENNIFER S. CLARK
Assistant U.S. Attorney
U.S. Attorney's Office
101 East Front Street, Suite 401
Missoula, MT 59801
P.O. Box 8329
Missoula, MT 59807
Phone: (406) 542-8851
FAX: (406) 542-1476
E-Mail: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
KALISPELL DIVISION

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>AARON BOWMAN,<br>DANA BAESE,<br>DOMINGO PALAFOX,<br>ERICA LASALL,<br>GORDON BRAAE,<br>JAMES BORGMANN,<br>JAZZE GILLES,<br>JOHN BOOTHMAN,<br>MICHAEL BEACH,<br>MINDAUGAS AUSTINSKAS,<br>VANESSA LOVIN,<br>ELIABETH MORRISON,<br>RUSSEL DANIELS,<br><br>CHARLES CAMPBELL,<br>　　　　　　Defendants. | GLOBAL MOTION TO DISMISS CITATIONS AND QUASH WARRANTS<br><br>VIOLATION NOS.<br>FBGB0040<br>FBGB001Y, FBGB0020, FBGB001Z<br>F5362307<br>9393026<br>FAEC004F, FAEC004D<br>FAJI0030, FAJI0031<br>F5226903<br>F4873153<br>F5226904, FCDS000Y<br>F5362306<br>9393028, 9393027<br>F5163793<br>FAJD004Q, FAJD004S, FAJD004P, FAJD004R<br>FAJD004M |
|---|---|

The United States, by and through Jennifer S. Clark, Assistant United States Attorney for the District of Montana, hereby moves the court to dismiss the above violation citations pursuant to Fed. R. Crim. P. 48(a), and quash the warrants for arrest.

DATED this 1ST day of March, 2023.

JESSE A. LASLOVICH
United States Attorney


   */s/ Jennifer S. Clark*
JENNIFER S. CLARK
Assistant U.S. Attorney

Page: 1 of 2                              Central Violations Bureau                                    01/12/2023
                                     Magistrate Judge Case Pending Report
                        Site: KALS Magistrate Judge: UNASSIGNED MAGISTRATE JUDGE - XXXX

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

| Citation | Issue Date | Name / Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| F5362408 M5  6:18-po-5038 | 06/05/2020 | PALAFOX, DOMINGO J  DISCHARGING A FIREARM WITHIN 150 YARDS OF OCCUPIED AREA | Current:  New: - DM ✓ | Comments: | O | 330.00 | 0.00 | 330.00 |

1 Total Citations for site KALS